IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICKY GIBB,

Defendants.                                             No. 13-cr-30170-DRH-1

### MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

Now before the Court is the government's motion for a psychiatric or psychological examination and competency determination (Doc. 56). At the hearing held on November 13, 2013, the Court orally granted the government's request for the reasons stated in the motion and with the understanding that defendant Gibb agrees with the motion. Defendant Gibb's attorney, Thomas Gabel, represented that defendant Gibb waives speedy trial issues that may arise related to the government's request.  Thus, based on the reasons stated in the motion, the parties' representations, and the applicable law, the Court grants the government's request and **ORDERS** defendant Gibb committed to the government's custody for en examination to determine competency pursuant to 18 U.S.C. §§ 4241, 4242, and 4247.

Under FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(c), the Court may order defendant Gibb's examination under 18 U.S.C. §§ 4241 and 4242. Thus, the Court determines that defendant Gibb shall be committed to the custody of the

Attorney General to undergo a psychological examination to determine whether he was sane at the time of the offense charged and whether he is competent to stand trial and to assist in his defense. Accordingly, defendant Gibb is committed to the Attorney General's custody to undergo a psychological examination pursuant to 18 U.S.C. §§ 4241, 4242, and 4247(b) and (c).

Thus, the Court **ORDERS** pursuant to 18 U.S.C. §§ 4241, 4242, and 4247 that defendant Gibb be committed for a psychological examination that shall last for a reasonable period, but not to exceed 45 days. Further, the Court **ORDERS** that pursuant to 18 U.S.C. § 4247(b) and (c) that the examiner prepare a report that includes the following:

> (1) the defendant's history and present symptoms;
> (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
> (3) the examiner's findings; and
> (4) the examiner's opinions as to diagnosis, prognosis, and-- whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and whether the defendant was insane at the time of the offense charged.

The report shall be filed with the Court, and copies shall be served to counsel for the government and defendant Gibb. Once the Court receives the report, the Court shall set this matter for hearing.

**IT IS SO ORDERED.**
Signed this 13th day of November, 2013.

Digitally signed by David R. Herndon
Date: 2013.11.13 10:48:42 -06'00'

**Chief Judge**
**United States District Court**