**EXHIBIT "A"**

List of "phony stash house cases" from the Northern District of Illinois

1. *U.S. v. Michael Harris, Biltch, Washington and Carswell*, 06 CR 586, a case in which all of the defendants were African American;

2. *U.S. v. Lewis, Vernon Williams and Billingsley*, 07 CR 0007, a case in which all of the defendants were African American;

3. *U.S. v. Walker and Logan*, 07 CR 270, a case in which both defendants were African American;

4. *U.S. v. Sidney, Scott and Lawrence*, 07 CR 652, a case in which all of the defendants were African American;

5. *U.S. v. George, Spagnola*, 07 CR 441, a case in which the defendants were apparently white;

6. *U.S. v. Shamonte Hall, Karinder Hall and Rodney Ray*, 08 CR 386, a case in which all of the defendants were African American;

7. *U.S. v. Mahan, McKenzie, Mario Barber and Stewart*, 08 CR 720, a case in which all of the defendants were African American;

8. *U.S. v. Corson, et al.*, 579 F.3d 804, a case in which one of the defendants was Hispanic and the other two were white;

9. *U.S. v. Farella, Catanzaro and Blais*, 09 CR 87, a case in which all of the defendants appear to be white;

10. *U.S. v. Mayfield, Kindle, Ward and White*; 09 CR 0687, a case in which all of the defendants are African American;

11.     *U.S. v. William Alexander, Hugh Midderoff and Devin Saunders*, 11 CR 148, a case in which all of the defendants are African American;

12.     *U.S. v. DeJesus, Corona, Malave and Borrero,* 12 CR 0511, a case in which all of the defendants appear to be of Hispanic origin;

13.     *U.S. v. Abraham Brown, Kenneth Taylor, Alfred Washington, Dwaine Jones, Christopher Davis,* 12 CR 0632, a case in which all of the defendants are African American;

14.     *U.S. v. Davila, Davila and Hadley*, 12 CR 0713, a case in which all three of the defendants appear to be Hispanic;

15.     *U.S. v. Dunwon Llyd, Cousins and Cousins*, 12 CR 865, a case in which all of the defendants are African American;

16.     *U.S. v. Cornelious Paxton, Randy Walker, Randy Paxton, Adonis Berry and Matthew Webster*, 13 CR 103, a case in which all of the defendants African American;

17.     *U.S. v. Williams, Hummons and Lee*, 12 CR 887, a case in which all of the defendants are African American.