# Chicago Field Division


Receive Chicago Press Releases Updates



## Contact Your Local ATF Office

Chicago Field Offices


IL

**August 27, 2014**

14 Area Defendants, Including 12 Felons, Charged with Illegally Possessing or Selling Firearms; More Than 100 Guns Seized

**August 22, 2014**

Eight Alleged Members and Associates of the Two Six Nation Street Gang Indicted for Racketeering Conspiracy

**May 20, 2014**

ATF, Firearms Industry Offer Reward in Chicago Firearms Theft

**March 3, 2014**

Week in Review – Fort Wayne

EXHIBIT "B"

# About Chicago Field Division

 Receive Chicago Press Releases Updates

## Welcome to ATF's Chicago Field Division

Welcome to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Chicago Field Division. Our Division is responsible for ATF criminal enforcement and industry regulatory activities in the State of Illinois. Our dedicated work force is comprised of special agents, investigators, auditors, technicians and support staff.

ATF is committed to reducing violent crime in our neighborhoods. ATF's Chicago Field Division special agents combat firearms violence by focusing their investigative efforts on armed violent offenders, career criminals, gun traffickers and gangs. We also work in partnership with other local, state and federal law enforcement agencies throughout Illinois to accomplish this mission.

Explosives and arson enforcement is an integral part of ATF's overall violent crime reduction strategy. ATF's Chicago Field Division special agents combat arson and explosives-related crimes by conducting independent investigations and by working in partnership with local and state fire investigators and police bomb squads.

ATF also has the duty of regulating the firearms and explosives industries. Our industry operations investigators work to ensure that all firearms and explosives are stored, handled and sold in a safe manner according to law.

We encourage all residents to get involved and assist us in our goal of reducing crime in our communities. Give us a call and let us know what we can do for you. Our phone number is (312) 846-7200.

*Carl J. Vasilko*

## Biography

**Carl J. Vasilko**
*Special Agent in Charge*
*Chicago Field Division*

Carl Vasilko was appointed to the position of Special Agent in Charge (SAC) of the Chicago Field Division of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in November 2013. He is responsible for all ATF operations for the State of Illinois and northwest Indiana.

ATF is a key law enforcement agency within the U. S. Department of Justice that protects our communities from violent criminals, criminal organizations, the illegal use and storage of explosives, trafficking of firearms, acts of arson and bombings, acts of terrorism, and the illegal diversion of alcohol and tobacco products. The men and women of ATF perform the dual responsibilities of enforcing Federal criminal laws and regulating the firearms and explosives industries to protect against crime, violence, and other threats to public safety.

Prior to this appointment, SAC Vasilko was in charge of the Washington Field Division, Washington, DC. In 2009, SAC Vasilko served as a Unit Chief at the Terrorist Explosive Device Analytical Center in Quantico, Virginia, where he managed the examination of improvised explosive devices from Iraq and Afghanistan. He also completed operational missions to Iraq and Afghanistan during this assignment. In 2011, he served as the SAC of the National Center for Explosives Training and Research in Huntsville, Alabama.

In 2006, SAC Vasilko was named the Assistant Special Agent in Charge of the Louisville Field Division where he managed ATF's criminal enforcement operations in Eastern Kentucky and West Virginia. During this time, he also served in the role of the SAC of ATF's National Response Team and the Department of Justice's ESF-13 Disaster Response Team. In these capacities, SAC Vasilko responded to manage significant critical incidents throughout the United States. SAC Vasilko was appointed as the Resident Agent in Charge of the Lexington, Kentucky Field Office in 1999, where he directly supervised special agents working investigations in eastern Kentucky.

SAC Vasilko began his law enforcement career in 1983 as a police officer on the Munster Police Department in Munster, Indiana, prior becoming a special agent with the Chicago Field Division. He is also an ATF Certified Explosives Specialist. SAC Vasilko is a native of the Chicago area and a 1989 graduate of Calumet College of St. Joseph in Whiting, Indiana.