

# JENKINS & KLING, P.C.
### ATTORNEYS AT LAW

Ronald E. Jenkins
Email rjenkins@jenkinskling.com

Admitted to Practice in
Missouri and Illinois

September 15, 2014

Ms. Monica A. Stump
Assistant United States Attorney
U.S. Department of Justice
United States Attorney
Southern District of Illinois
Nine Executive Drive
Fairview Heights, Illinois 62208

    Re: **United States v. Micky Gibb, *et al.* Criminal No. 13-CR-30170-DRH**

Dear Ms. Stump:

    I am in receipt of your letter demanding my expected compliance with the terms of an informal agreement which you apparently reached with Mr. Gabel.

    Please do not assume anything. Over a year after this case was indicted and a couple of months short of a trial setting, it is most difficult to prepare a defense for Mr. Gibb and comply with the terms you demand. Particularly, when you are appointed counsel with an expected CJA maximum.

    In particular, I would point out the following:

1)    Our malpractice insurance will not allow an agreement to #4; and
2)    If I leave a copy of one of the 25 CD's with my client to review and comment upon at the jail, he has no means to copy it and/or distribute it and/or print it.

    Finally, I do not know what offer was made to Mr. Gill much less whether he rejected it.

    Please don't insult me with your deadlines. I would respond that I have been practicing law for 40 years as of next week. We will get along far better while still being adversaries if we communicate in a more courteous manner.

    Will your office provide informally the information requested and the discovery ordered by the Court in the United States v. Davis, 7th Circuit Court of Appeals, No. 14-1124, decided 08/08/2014?

EXHIBIT "C"

Ms. Monica A. Stump
Assistant United States Attorney
September 15, 2014
Page 2

    Thanks for your consideration of this request.

                                   Sincerely,

                                   Ronald E. Jenkins

REJ/dmc