772030-13-0114

Exhibit 1



"After me hit the spots, all I'd do was break up
what was Stamped." "Then I ~~told~~ got someone else to sell but, I never sold any of
"That dude in the car didn't even look like a cop
he was a black dude w/ earrings t-shirt" "Looked
like a girl meal I wouldn't have agreed if I would have thought he was a cop."

"Yellowman"
"Packman"
"Tacky"

They knew I knew we were headed to Cahokia
but I asked to play dumb like I didn't know ya feel me
~~where we going~~
I knew where ~~we were~~ we were goin tha whole time. I ain't
stupid
Alt lots of spots
~~~~ not like I ain't ~~~~ before



# 6  KNOCK ON WOOD!

1. ASH
2. BEAM
3. BOARD
4. CABINET
5. CEDAR
6. CHIP
7. DOWEL
8. EBONY
9. LATH
10. LUMBER
11. MAHOGANY
12. PILING
13. PINE
14. PLANK
15. PLYWOOD
16. POLE
17. POST
18. RAFTER
19. REDWOOD
20. SAWDUST
21. SHELF
22. SILL
23. SLIVER
24. STAFF
25. STICK
26. STUD
27. TEAK
28. TIMBER
29. TINDER
30. TREE
31. VENEER
32. WALNUT
33. WHITE OAK



# 4 PHYSICS CLASS

Always Talking to Dwayne
#411

1. ALBERT EINSTEIN
2. ~~COSMOLOGY~~
3. ~~DENSITY~~
4. ~~ELASTICITY~~
5. ~~ELECTRICITY~~
6. ~~FORCE~~
7. ~~FRICTION~~
8. ~~GRAPH~~
9. ~~HEAT~~
10. ~~IMPLOSION~~
11. ~~INERTIA~~
12. ~~ISAAC NEWTON~~
13. ~~KINETICS~~
14. ~~LAWS~~
15. ~~LIQUIDS~~
16. ~~MAGNETISM~~
17. ~~MASS~~
18. MATTER
19. MOMENTUM
20. ~~OPTICS~~
21. ~~RAYS~~
22. ~~SOLIDS~~
23. ~~THEORIES~~
24. WEIGHT

10   TAKE-ALONG LARGE PRINT WORD-FINDS

10/8/14